| | |
|---|---|
| 1 | **BRIAN G. WOLF (SBN 135257)** |
| 2 | bwolf@lavelysinger.com<br>**EVAN N. SPIEGEL (SBN 198071)** |
| 3 | espiegel@lavelysinger.com<br>**KELSEY J. LEEKER (SBN 313437)** |
| 4 | kleeker@lavelysinger.com<br>**LAVELY & SINGER, P.C.** |
| 5 | 2049 Century Park East, Suite 2400<br>Los Angeles, California 90067-2906 |
| 6 | Tel:   (310) 556-3501<br>Fax:   (310) 556-3615 |
| 7 | |
| 8 | Attorneys for Plaintiffs<br>ROBBINS RESEARCH INTERNATIONAL, INC. |
| 9 | and TR LEGACY, LLC |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBBINS RESEARCH INTERNATIONAL, INC., a corporation; TR LEGACY, LLC, a limited liability company, | ) ) ) ) ) | CASE NO. 2:21-cv-06065-CBM (AGRx) **PERMANENT INJUNCTION AGAINST DEFENDANTS JOHN DOE 1** |
| Plaintiffs, | ) ) | **D/B/A TONYBUNDLE.COM AND TONY BUNDLE** |
| v. | ) ) | |
| JOHN DOE 1, d/b/a TonyBundle.com and TonyBundle, an individual; and DOES 2-10, | ) ) ) ) | |
| Defendants. | ) ) | |

1470-324

PERMANENT INJUNCTION

## PERMANENT INJUNCTION

**IT IS ADJUDGED AND DECREED** that Plaintiffs ROBBINS RESEARCH INTERNATIONAL, INC. ("RRI") and TR LEGACY, LLC ("TRL") (collectively, "Plaintiffs") are deemed the prevailing parties on their first, second, third, and fourth claims in the above-captioned action, and permanent injunction shall hereby issue and be entered against Defendants JOHN DOE 1 d/b/a TonyBundle.com and Tony Bundle ("Defendants") for (1) Copyright Infringement (17 U.S.C. §§ 101, *et seq*.), (2) Trademark Infringement (15 U.S.C. §§ 1114(A) and 1125(a)), (3) False Designation of Origin (15 U.S.C. § 1125(a)), and (4) Common Law Unfair Competition, and a permanent injunction shall hereby issue and be entered against Defendants, as follows:

(1) The Court holds that pursuant to 17 U.S.C. § 504(c)(1)-(2), Defendants have infringed on RRI's rights in U.S. Copyright Reg. Nos. TX0004058201, SR0000265077, VA000138084, TX0006441003, TX0006441315, SR0000404039, and PA0001349003, (collectively, the "RRI Copyrights").

(2) The Court further holds that pursuant to 15 U.S.C. § 1117(a), Defendants have willfully infringed on and/or diluted Plaintiffs' rights in the trade names "ANTHONY ROBBINS" and "TONY ROBBINS" (the "Robbins Mark"), and the following registered trademarks (together, "Plaintiff's Marks"):

    a. *Money: Master The Game*, Trademark Reg. No. 5,315,118;
    b. *Living Health*, Trademark Reg. No. 5,732,575;
    c. *Unleash The Power Within*, Trademark Reg. No. 3,537,128;
    d. *Mastering Influence*, Trademark Reg. No. 3,295,148;
    e. *Date With Destiny*, Trademark Reg. No. 1,750,481;
    f. *Ultimate Edge*, Trademark Reg. No. 4,023,057;
    g. *Inner Strength Series Lessons in Mastery*, Trademark Reg. No. 3,210,187;

| | | |
|---|---|---|
| h. | *Live With Passion*, Trademark Reg. No. 4,199,943; |
| i. | *Personal Power*, Trademark Reg. No. 3,365,881; |
| j. | *The Body You Deserve*, Trademark Reg. No. 4,652,996; |
| k. | *The Time of Your Life*, Trademark Reg. No. 3,286,132; |
| l. | *Ultimate Relationship Program*, Trademark Reg. No. 4,170,659; |
| m. | *Unlimited Power*, Trademark Reg. No. 5,395,493; |
| n. | *Anthony* Robbins Personal Coaching Collection, Trademark Reg. No. 3,439,066; |
| o. | Anthony Robbins Powertalk!, Trademark Reg. No. 4,750,748; |
| p. | Breakthrough With Tony Robbins, Trademark Reg. No. 4,165,117; |
| q. | Anthony Robbins, Trademark Reg. Nos. 2,305,962 and 3,354,887; and |
| r. | Tony Robbins, Trademark Reg. No. 4,154,395. |

(3) Pursuant to 17 U.S.C. § 502 and 15 U.S.C. § 1116(a), it is hereby ordered that a Permanent Injunction issue and is entered in favor of Plaintiffs against Defendants, their agents, servants, employees, representatives, successors, and assigns, and all persons, firms, or corporations in acting in concert or participation with Defendants collectively, the "Enjoined Parties"), pursuant to which they are permanently restrained, enjoined, and prohibited from:

    a. distributing, advertising, offering for sale, or selling the Infringing Products (as defined in the Complaint), which includes, but not limited to, any products containing the above listed RRI Copyrights and/or Robbins Mark and/or Plaintiff's Marks;

3
PERMANENT INJUNCTION

  b. directly or indirectly manufacturing, distributing, advertising, selling, and/or offering for sale any merchandise, including the Infringing Products, which makes use of Plaintiffs' Marks:

    i. manufacturing, advertising, distributing, selling, and/or offering for sale any products or other items which picture, reproduce, or utilize the likenesses of or which copy or bear a substantial similarity to RRI's Copyrights and Plaintiffs' Marks; or

    ii. manufacturing, advertising, distributing, selling, or offering for sale any unauthorized promotional materials, which picture, reproduce, or utilize the likenesses of, or which bear substantial similarity to RRI's Copyrights and Plaintiffs' Marks; or

    iii. engaging in any conduct and/or contributing to any conduct that tends falsely to represent that, or is likely to confuse, mislead, or deceive purchasers and/or members of the public to believe that any products sold by the Enjoined Parties are connected with Plaintiffs, are sponsored, approved, or licensed by Plaintiffs, or are in some way connected or affiliated with Plaintiffs; or

    iv. affixing, applying, annexing and using in connection with the manufacture, distribution, advertisement, sale, and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent goods as being those of Plaintiffs; and

  c. Using, operating or accessing the domain "TonyBundle.com" and/or the TonyBundle.com website, and any e-store displayed thereat or

accessed or linked from the domain or associated website, and including any other top-level-domain ("TLD") with or incorporating the terms "Tony Bundle" and/or any of the Robbins Mark and/or Plaintiffs' Marks;

(4) Defendants are ordered to, within thirty (30) days of the issuance of this Order, destroy all Infringing Products and all copies thereof, and provide Plaintiffs with proof of such destruction.

**IT IS SO ORDERED.**

Dated: MAY 23, 2022

_____
The Honorable Consuelo B. Marshall United States District Judge

# PROOF OF SERVICE
### FRCP 5

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2049 Century Park East, Suite 2400, Los Angeles, California 90067-2906.

On the date listed below, I served the following-listed documents described as:

**[PROPOSED] PERMANENT INJUNCTION AGAINST DEFENDANTS JOHN DOE 1 D/B/A TONYBUNDLE.COM AND TONY BUNDLE**

on the interested parties in this action, addressed as follows:

| |
|---|
| **JOHN DOE 1 d/b/a TonyBundle.com** <br> **TONY BUNDLE** <br><br> brisajonaa@gmail.com <br> tonybundle.com@contactprivacy.com |

**[X] BY ELECTRONIC SERVICE**: I transmitted the foregoing document by electronic mail to the e-mail address(es) stated on the service list above in accordance with Federal Rules of Civil Procedure 4(f)3 and (h)(2).

**[X] (FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am duly employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed this 28th day of April, 2022, at Los Angeles, California.

/s/   *Heather Hancock*
      Heather Hancock